U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Chattanooga

Date: 6/26/25    Courtroom: ___

Initial Appearance: ☐ Complaint ☑ Indictment ☐ SSI ☐ Information ☐ Violation Petition
☐ Rule 5
Other Hearing: ☑ Arraignment ☐ Arraignment on SSI

Case No. 4:25-CR-14    USA v. Robert Grover Cook, III

Present Before: HONORABLE Christopher H. Steger    U.S. Magistrate Judge

Russ Swafford    Sam Robinson    ___
Assistant U.S. Attorney    Attorney for Defendant    US Probation Officer
☑ Appt. ☐ Retd. ☐ Ltd. App.

Kelli Jones    ___    ___
Courtroom Deputy    Court Reporter / Digital Recording    Interpreter
☐ SWORN

**PROCEEDINGS**:
☑ Financial affidavit executed    Court Appointed: ☐ Federal Defender or ☑ CJA Attorney
☐ Deft. retained an attorney    ☐ Deft. WAIVED appointment of an attorney
☑ Deft. advised of rights
☐ Deft. waived reading of Indictment/Information    ☐ Indictment/Information Read
☑ Deft. pleads not guilty on counts 1    ☐ Deft. entered no plea
☑ Not guilty plea entered by Court on defendant's behalf
☐ Deft. requested a Preliminary Examination    ☐ Deft WAIVED the Rule 5 hearings
☐ Court UNSEALED case in its entirety    ☐ Case REMAINS sealed
☐ Court UNSEALED case as to the defendant(s) at this proceeding

**DATES SET**:

Jury Trial: ___    Final Pretrial Conf.: ___
Detn Hrg: 6/30/25 @ 2:00    Preliminary Examination: ___
Arraignment: ___    Motion Hrg: ___
Status Conf: ___    Other Hrg: ___
Revocation Hrg: ___

**DEADLINES SET**:

Discovery Ddl: ___    Reciprocal Discovery Ddl: ___
Motion Cut-Off: ___    Response Ddl: ___
Plea Ddl: ___    Other: ___

BOND:
☑ Government moved for detention
☐ Dft WAIVED detention hrg.  ☐ Detention hrg. set  ☐ Detention hrg. held at Initial Appearance
☐ Deft. released on Conditions of Release
☑ Deft. remanded to the custody of the U.S. Marshal

I, Kelli Jones, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
DCR File: Chatta_4:25-CR-14_20250626_15239    Court time: 3:25 to 3:45