UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:25-cr-14 |
| ) | |
| v. ) | Judge Atchley |
| ) | |
| ) | Magistrate Judge Steger |
| ROBERT GROVER COOK III ) | |

# ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 171] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the seven count Indictment; (2) accept Defendant's guilty plea to Count One of the seven count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute and possess with the intent to distribute 50 grams or more of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846; and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 56] pending sentencing or further order of the Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 171] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One of the seven count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the seven count Indictment is **ACCEPTED**;

1

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute and possess with the intent to distribute 50 grams or more of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846; and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 56] until further order of this Court or sentencing in this matter, which is scheduled to take place on **February 12, 2026, at 2:00 p.m.**

**SO ORDERED.**

                                      */s/ Charles E. Atchley, Jr.*
                                      **CHARLES E. ATCHLEY, JR.**
                                      **UNITED STATES DISTRICT JUDGE**